FORM B5(10/05)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**Northern District of Illinois** | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Preserve at Woodland Harbor, LLC** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**Bucolic Bend, LLC** |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)<br>**20-2325918** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**c/o Stage Development Company, LLC**<br>**303 W. Madison Street**<br>**Suite 1800**<br>**Chicago, IL 60606** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cook** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**Van Buren County, MI** | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7  ■ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual ☐ Stockbroker ☐ Clearing Bank
☐ Partnership ☐ Commodity Broker ☐ Health Care Business
☐ Corporation ☐ Railroad
■ Other: **Limited Liability Company**

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Real Estate Development**

### VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

9/29/06 4:31PM

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (10/05)

Name of Debtor __Preserve at Woodland Harbor, LLC__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ | X _[signature]_ September 29, 2006
Signature of Petitioner or Representative (State title) | Signature of Attorney   Date

__Connan, Inc.__                    __September 29, 2006__ | __Timothy W. Brink__
Name of Petitioner                   Date Signed            | Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity: Wade Slagh, Connan, Inc., 160 W. Washington, Zeeland, MI 49464 | __Lord Bissell & Brook LLP__
__111 S. Wacker Drive__
__Chicago, IL 60606__
Address
Telephone No. __312.443.1832__

X _____ | X _____ September 29, 2006
Signature of Petitioner or Representative (State title) | Signature of Attorney   Date

__Driesenga & Associates, Inc.__     __September 29, 2006__ | __Timothy W. Brink__
Name of Petitioner                   Date Signed            | Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity: Justin Himebaugh, Driesenga & Associates, Inc., 455 E. 8th Street, Suite 100, Holland, MI 49423 | __Lord Bissell & Brook LLP__
__111 S. Wacker Drive__
__Chicago, IL 60606__
Address
Telephone No. __312.443.1832__

X _____ | X _____ September 29, 2006
Signature of Petitioner or Representative (State title) | Signature of Attorney   Date

__Stevens & Tate Marketing__        __September 29, 2006__ | __Timothy W. Brink__
Name of Petitioner                   Date Signed            | Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity: Mark Steinsdoerfer, Stevens & Tate Marketing, 1900 South Highland Ave., Lombard, IL 60148 | __Lord Bissell & Brook LLP__
__111 S. Wacker Drive__
__Chicago, IL 60606__
Address
Telephone No. __312-443-1832__

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Connan, Inc., Wade Slagh, 160 W. Washington, Zeeland, MI 49464 | Secured | Not less than 1,025,976.49 |
| Driesenga & Associates, Inc., Justin Himebaugh, 455 E. 8th Street, Suite 100, Holland, MI 49423 | Secured | 51,656.35 |
| Stevens & Tate Marketing, Mark Steinsdoerfer, 1900 South Highland Ave., Lombard, IL 60148 | Unsecured | 53,854.88 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__4__ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

9/29/06 4:31PM

Name of Debtor **Preserve at Woodland Harbor, LLC**

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X | X September 29, 2006 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Connan, Inc.** September 29, 2006 | **Timothy W. Brink** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Wade Slagh, Connan, Inc., 160 W. Washington, Zeeland, MI 49464 | **Lord Bissell & Brook LLP**<br>**111 S. Wacker Drive**<br>**Chicago, IL 60606**<br>Address<br>Telephone No. **312.443.1832** |
| X /s/ Justin B. H., Controller | X _[signature]_ September 29, 2006 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Driesenga & Associates, Inc.** September 29, 2006 | **Timothy W. Brink** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Justin Himebaugh, Driesenga & Associates, Inc., 455 E. 8th Street, Suite 100, Holland, MI 49423 | **Lord Bissell & Brook LLP**<br>**111 S. Wacker Drive**<br>**Chicago, IL 60606**<br>Address<br>Telephone No. **312.443.1832** |
| X | X September 29, 2006 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Stevens & Tate Marketing** September 29, 2006 | **Timothy W. Brink** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Mark Steinsdoerfer, Stevens & Tate Marketing, 1900 South Highland Ave., Lombard, IL 60148 | **Lord Bissell & Brook LLP**<br>**111 S. Wacker Drive**<br>**Chicago, IL 60606**<br>Address<br>Telephone No. **312-443-1832** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Connan, Inc.<br>Wade Slagh<br>160 W. Washington<br>Zeeland, MI 49464 | Secured | Not less than 1,025,976.49 |
| Driesenga & Associates, Inc.<br>Justin Himebaugh<br>455 E. 8th Street<br>Suite 100<br>Holland, MI 49423 | Secured | 51,656.35 |
| Stevens & Tate Marketing<br>Mark Steinsdoerfer<br>1900 South Highland Ave.<br>Lombard, IL 60148 | Unsecured | 53,854.88 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Name of Debtor **Preserve at Woodland Harbor, LLC**
Case No.

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (10/05)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Connan, Inc.**                    **September 29, 2006**
Name of Petitioner                  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Wade Slagh
Connan, Inc.
160 W. Washington
Zeeland, MI 49464

X _____  September 29, 2006
Signature of Attorney             Date

Timothy W. Brink
Name of Attorney Firm (If any)

Lord Bissell & Brook LLP
111 S. Wacker Drive
Chicago, IL 60606
Address
Telephone No. 312.443.1832

X _____
Signature of Petitioner or Representative (State title)

**Driesenga & Associates, Inc.**   **September 29, 2006**
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Justin Himebaugh
Driesenga & Associates, Inc.
455 E. 8th Street
Suite 100
Holland, MI 49423

X _____  September 29, 2006
Signature of Attorney             Date

Timothy W. Brink
Name of Attorney Firm (If any)

Lord Bissell & Brook LLP
111 S. Wacker Drive
Chicago, IL 60606
Address
Telephone No. 312.443.1832

X _[signature]_ , BUSINESS DIRECTOR
Signature of Petitioner or Representative (State title)

**Stevens & Tate Marketing**       **September 29, 2006**
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mark Steinsdoerfer
Stevens & Tate Marketing
1900 South Highland Ave.
Lombard, IL 60148

X _[signature]_                    September 29, 2006
Signature of Attorney             Date

Timothy W. Brink
Name of Attorney Firm (If any)

Lord Bissell & Brook LLP
111 S. Wacker Drive
Chicago, IL 60606
Address
Telephone No. 312-443-1832

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Connan, Inc.<br>Wade Slagh<br>160 W. Washington<br>Zeeland, MI 49464 | Secured | Not less than 1,025,976.49 |
| Driesenga & Associates, Inc.<br>Justin Himebaugh<br>455 E. 8th Street<br>Suite 100<br>Holland, MI 49423 | Secured | 51,656.35 |
| Stevens & Tate Marketing<br>Mark Steinsdoerfer<br>1900 South Highland Ave.<br>Lombard, IL 60148 | Unsecured | 53,854.88 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

10/02/06 9:35AM

Name of Debtor **Preserve at Woodland Harbor, LLC**
Case No.

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

**CRP X, L.P.**                                  **October 2, 2006**
Name of Petitioner                                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Camelot Capital, LLC
303 W. Madison Street
Suite 1800
Chicago, IL 60606

X _[signature]_
Signature of Attorney                                Date
Timothy W. Brink
Name of Attorney Firm (If any)
Lord Bissell & Brook LLP
111 S. Wacker Drive
Chicago, IL 60606
Address
Telephone No. 312-443-1832

X_____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____
Signature of Attorney    Date
Timothy W. Brink
Name of Attorney Firm (If any)
Lord Bissell & Brook LLP
111 S. Wacker Drive
Chicago, IL 60606
Address
Telephone No. 312-443-1832

X_____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X_____
Signature of Attorney    Date
Timothy W. Brink
Name of Attorney Firm (If any)
Lord Bissell & Brook LLP
111 S. Wacker Drive
Chicago, IL 60606
Address
Telephone No. 312-443-1832

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| CRP X, L.P.<br>Camelot Capital, LLC<br>303 W. Madison Street<br>Suite 1800<br>Chicago, IL 60606 | Unsecured | 167,558.80 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**1,299,046.52**

___ of ___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

The claims of Connan, Inc. and Driesenga & Associates, Inc. are secured by liens on the Debtor's property pursuant to Mich. Comp. Laws § 570.1101 *et. seq.*.. Connan, Inc. and Driesenga & Associates, Inc. do not hereby waive their security with respect to their claims against the Debtor.