UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    ) Chapter 11
                                          ) (Jointly Administered)
PRESERVE AT WOODLAND HARBOR,              )
LLC, et al.,                              )
                                          ) Case No. 06-12478
                                          )
                 Debtors.                 ) Honorable Carol A. Doyle

SECOND ORDER CONTINUING INTERIM FINANCING
THROUGH AND INCLUDING NOVEMBER 7, 2006

Upon the request of Preserve at Woodland Harbor, LLC and Woodland Harbor Holdings, LLC (the "Debtors") seeking an order approving an amended interim budget through and including November 7, 2006 in connection with that certain Motion for Order Authorizing Debtors to (A) Incur Postpetition Debt on an Emergency Basis; (B) Granting Liens and Provide Security and Other Relief to Connan, Inc., as DIP Lender and (C) Setting Date for Further Hearing on the DIP Facility (Docket No. 15) and the related original interim order dated October 6, 2006 (Docket No. 49) (the "Interim Order") and the first continuation order dated October 17, 2006 (Docket No. 68), it is HEREBY ORDERED:

1. The Debtors shall only make expenditures in accordance with the amended budget attached hereto (the "*Amended Budget*"). With respect to remediation related expenditures, expenditures shall be made only with respect to currently stripped land in the interim period ~~and any other areas specifically authorized by the Court~~. The cap on interim expenditures in the Interim Order is hereby increased to $ 1,765,781.00.

2. The Interim Order otherwise remains in full force and effect.

3. This Order is without prejudice to the pending objection of Mr. Edward Salomon to the Motion.

4. This matter is set for a ~~further status~~ *final evidentiary hearing on* November 15, 2006, at 1:00 p.m.

_____
United States Bankruptcy Judge

Dated: October 31, 2006

14515660