## CERTIFICATE OF SERVICE

I, Robert E. Richards, do hereby certify that on the 6th day of November, 2006 the foregoing **SUPPLEMENTAL AFFIDAVIT OF CHRISTOPHER L. PICONE IN SUPPORT OF FINAL APPROVAL OF DIP FINANCING FACILITY AND RELATED BUDGET**, was sent via Messenger, Federal Express and/or Electronic Mail to those individuals listed on the attached service list.

    /s/ Robert E. Richards
    Robert E. Richards

Robert E. Richards (IL Bar No. 6199138)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606

12126371\V-13

As of 10/23/06

**SERVICE LIST**

| | | |
|---|---|---|
| Robert P. Cooper<br>Attorney at Law<br>333 Bridge NW<br>Suite 1120<br>Grand Rapids, MI 49501-3316<br>Phone: (616) 235-8802<br>Fax: (616) 235-8804<br>Email: Cooplaw@iserv.net | James E. Dahl<br>Dahl & Bonadies<br>225 W. Washington Street<br>Suite 1640<br>Chicago, IL 60606<br>Facsimile: (312) 641-1662<br>Email: jdahl@dahlfirm.com | Kim Stephens<br>Michigan Department of Environmental Quality<br>Constitution Hall<br>525 West Allegan Street<br>P.O. Box 30473<br>Lansing, MI 48909-7973 |
| Stage Development Company, LLC<br>c/o Scott A. Sinar<br>303 W. Madison<br>Suite 1800<br>Chicago, IL 60606<br>Phone: (312) 334-9650<br>Facsimile: (312) 334-9651<br>Email: ssinar@skmflaw.com | Stage Development Company, LLC<br>c/o Richard M. Aronson<br>303 W. Madison<br>Suite 1800<br>Chicago, IL 60606<br>Phone: (312) 334-9650<br>Facsimile: (312) 334-9651<br>Email: raronson@stagedevelopment.com | Stage Development Company, LLC<br>c/o Christopher L. Picone<br>303 W. Madison<br>Suite 1800<br>Chicago, IL 60606<br>Phone: (312) 334-9650<br>Facsimile: (312) 334-9653<br>Email: cpicone@skmflaw.com |
| Fifth Third Bank<br>Legal Department<br>Mail Drop 10AT76<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | CRP X, LP<br>303 W. Madison<br>Suite 1800<br>Chicago, IL 60606<br>Attn: Scott Sinar<br>Phone: (312) 334-9650<br>Facsimile: (312) 334-9651<br>Email: ssinar@skmflaw.com | SDP IV, LLC<br>303 W. Madison<br>Suite 1800<br>Chicago, IL 60606<br>Attn: Christopher L. Picone |
| Robert N. Hermes<br>Butler Rubin Saltarelli & Boyd<br>70 W. Madison<br>Suite 1800<br>Chicago, IL 60606-4257<br>Phone: (312) 444-9660<br>Facsimile: (312) 444-9287<br>Email: rhermes@butlerrubin.com | Stevens & Tate<br>1900 South Highland Ave.<br>Suite 200<br>Lombard, IL 60148<br>Attn: Dan Gartlan, President<br>Phone: (630) 627-5200<br>Facsimile: (630)627-5255<br>Email: gartlan@stevens-tate.com | Driesenga & Associates, Inc.<br>455 E. 8th Street<br>Suite 100<br>Holland, MI 49423<br>Attn: Dan Driesenga, Owner<br>Phone: (616) 396-0255<br>Facsimile: (616) 396-0100<br>Email: marlay@driesenga.com |
| Honigman Miller Schwartz & Cohen<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Attn: Richard Barr, Partner | Reckley Associates, PC<br>820 Monroe Avenue NW<br>Suite 333<br>Grand Rapids, MI 49503<br>Attn: Dennis Reckley, President | Warner Norcross & Judd, LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503-2487<br>Attn: William Hall, Partner |
| | | |

| Horizon Environmental Group<br>4771 50th Street<br>Suite 1<br>Grand Rapids, MI 49512<br>Attn: Robert Newberger, Managing Principal | Von Der Heide Architects, Inc.<br>10 E. Center Street<br>Douglas, MI 46406 | JF News<br>11181 Marwill Avenue<br>West Olive, MI 49460<br>Attn: Joseph von Wahlde, Senior Project Manager |
|---|---|---|
| West Michigan Tree Service<br>2146 Dean Lake Avenue<br>Grand Rapids, MI 49505<br>Attn: Zic Foerster, Certified Arborist | Black River Builders, LLC<br>731 Construction Court<br>Suite A<br>Zeeland, MI 49464<br>Attn: Joe Novak, Owner | Abraham E. Brustein<br>Ira P. Goldberg<br>David T. Arena<br>Di Monte & Lizak<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>Facsimile: (847) 698-9623<br>Email:<br>abrustein@dimonteandlizak.com<br>darena@dimonteandlizak.com<br>igoldberg@dimontelaw.com |
| Richard C. Friedman<br>Denise DeLaurent<br>Office of the U.S. Trustee<br>Region 11<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>Phone: (312) 886-5785<br>Facsimile: (312) 886-5794<br>Email:<br>richard.c.friedman@usdoj.gov<br>denise.delaurent@usdoj.gov | Timothy W. Brink<br>Aaron C. Smith<br>Katherine H. Harris<br>Lord, Bissell & Brook LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-0700<br>Facsimile: (312) 443-0336<br>Email:<br>tbrink@lordbissell.com<br>asmith@lordbissell.com<br>kharris@lordbissell.com | Steven B. Towbin<br>Brian L. Shaw<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60610<br>Phone: (312) 541-0151<br>Facsimile: (312) 980-3888<br>Email:<br>stowbin@shawgussis.com<br>Bshaw100@shawgussis.com |
| AT&T<br>c/o Kyle Carper<br>1355 W. University Drive<br>Lower Level<br>Mesa, AZ 85201 | City of South Haven<br>c/o Marvin Hinga<br>539 Phoenix Street<br>South Haven, MI 49090 | Michigan Gas Utilities Corp.<br>c/o Crystal Brafford<br>PO Box 2176<br>Scottsbluff, NE 69363 |
| Reliable Disposal<br>c/o Vera Deau<br>7227 Reliable Path<br>Stevensville, MI 49127 | | |

12126363\V-4