## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| Preserve at Woodland Harbor, ) | (Jointly Administered) |
| LLC, *et. al.*, ) | |
| ) | Case No: 06-12478 |
| Debtors. ) | |
| ) | Judge: Hon. Carol A. Doyle |

### ORDER AWARDING EXAMINER'S COMPENSATION AND REIMBURSEMENT OF EXPENSES

**THIS MATTER** having come before the Court on the Motion of Thomas E. Springer, Examiner for allowance and payment of compensation and reimbursement of expenses as an administrative claim of the Estate, notice and application with supporting documents having been timely served on all creditors and parties in interest, and the Court having reviewed the Motion and heard the statements of counsel, and being therefore and otherwise fully advised in the premises;

**IT IS HEREBY ORDERED**

1. That the Debtors are authorized to pay forthwith requested Examiner's fees in the amount of $33,950.00 and expenses in the amount of $_0__ to Thomas E. Springer.

2. The Court retains jurisdiction to enforce and to construe the terms of this Order.

DATED:_____        ENTERED:

_____
Honorable Carol A. Doyle
United States Bankruptcy Judge