# EXHIBIT E

## Summary Chart of Compensation by Category

| MATTER NUMBER | MATTER DESCRIPTION | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| 0003 | Retention/Fee Application Matters/Objections - Others | 45.70 | 19,128.50 |
| 0004 | Executory Contracts | 6.90 | 2,449.00 |
| 0005 | Lease - Real Property | 0.30 | 135.00 |
| 0006 | Litigation | 510.20 | 238,952.00 |
| 0007 | Environmental | 2.90 | 1,269.50 |
| 0008 | Disputes with Solomon | 384.50 | 171,152.50 |
| 0009 | Disclosure Statement and Plan Issues | 189.00 | 81,746.50 |
| 0010 | Reports and Schedules | 19.90 | 7,007.50 |
| 0011 | Case Administration | 197.90 | 53,025.00 |
| 0013 | Utilities | 3.50 | 1083.00 |
| 0015 | Claims Administration & Objections | 65.10 | 25,523.50 |
| 0018 | Asset Analysis & Recovery | 142.10 | 65,941.50 |
| 0019 | Automatic Stay Matters | 1.50 | 675.00 |
| 0020 | Court Appearances | 152.00 | 70,282.00 |
| 0021 | Cash Collateral/Dip Financing | 47.10 | 20,572.50 |
| 0023 | Tax Matters | 1.10 | 563.50 |
| 0024 | Retention Fee – SNR | 139.40 | 46,364.00 |
|  | Total: | 1909.10 | 805,870.50 |