**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PRESERVE AT WOODLAND | ) | Case No. 06-12478 |
| HARBOR, LLC, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date:  November 20, 2007 |
| | | Hearing Time:  10:00 a.m. |

**NOTICE OF FILING**

**TO:** Master Service List

PLEASE TAKE NOTICE that the Debtors filed with the Clerk of the U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, 60604, **Third and Final Application of Sonnenschein Nath & Rosenthal LLP for Allowance of Administrative Claim For Compensation of Fees and Reimbursement of Expenses** a copy of which is hereby served upon you.

Dated:  October 24, 2007

> Respectfully submitted,
> SONNENSCHEIN NATH & ROSENTHAL LLP
>
> By:      /s/ Robert E. Richards
> Robert E. Richards (ARDC No. 6199138)
> Monika J. Machen (ARDC No. 6273699)
> 7800 Sears Tower
> Chicago, IL 60606
> rrichards@sonnenschein.com
> mmachen@sonnenschein.com
> Telephone:  (312) 876-8000
> Facsimile:  (312) 876-7934
>
> *Counsel for Former Chapter 11 Debtors-in Possession*

- 2 -

Certificate of Service

    I, Robert E. Richards, hereby certify that I caused to be served a copy of **Third and Final Application of Sonnenschein Nath & Rosenthal LLP for Allowance of Administrative Claim For Compensation of Fees and Reimbursement of Expenses** and related notice of filing by email on the master service list this 24th day of October, 2007.

                                           Robert E. Richards

**MASTER SERVICE LIST**

| | | |
|---|---|---|
| Robert P. Cooper<br>Attorney at Law<br>333 Bridge NW<br>Suite 1120<br>Grand Rapids, MI 49501-3316<br>Phone: (616) 235-8802<br>Facsimile: (616) 235-8804<br>Email: Cooplaw@iserv.net | James E. Dahl<br>Dahl & Bonadies<br>225 W. Washington Street<br>Suite 1640<br>Chicago, IL 60606<br>Facsimile: (312) 641-1662<br>Email: jdahl@dahlfirm.com | Stage Development Company, LLC<br>c/o Scott A. Sinar<br>303 W. Madison<br>Suite 1800<br>Chicago, IL 60606<br>Phone: (312) 334-9650<br>Facsimile: (312) 334-9651<br>Email: ssinar@skmflaw.com |
| Robert N. Hermes<br>Butler Rubin Saltarelli & Boyd<br>70 W. Madison<br>Suite 1800<br>Chicago, IL 60606-4257<br>Phone: (312) 444-9660<br>Facsimile: (312) 444-9287<br>Email: rhermes@butlerrubin.com | Abraham E. Brustein<br>Ira P. Goldberg<br>David T. Arena<br>Di Monte & Lizak<br>216 W. Higgins Road<br>Park Ridge, IL 60068<br>Facsimile: (847) 698-9623<br>Email:<br>abrustein@dimonteandlizak.com<br>darena@dimonteandlizak.com<br>igoldberg@dimontelaw.com | Richard C. Friedman<br>Denise DeLaurent<br>Office of the U.S. Trustee<br>Region 11<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>Phone: (312) 886-5785<br>Facsimile: (312) 886-5794<br>Email:<br>richard.c.friedman@usdoj.gov<br>denise.delaurant@usdoj.gov |
| Timothy W. Brink<br>Aaron C. Smith<br>Katherine H. Harris<br>Lord, Bissell & Brook LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Phone: (312) 443-0700<br>Facsimile: (312) 443-0336<br>Email:<br>tbrink@lordbissell.com<br>asmith@lordbissell.com<br>kharris@lordbissell.com | Steven B. Towbin<br>Brian L. Shaw<br>Mark L. Radtke<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark Street<br>Suite 800<br>Chicago, IL 60610<br>Phone: (312) 541-0151<br>Facsimile: (312) 980-3888<br>Email: stowbin@shawgussis.com<br>Bshaw100@shawgussis.com | Dirk Riekse<br>Senior Vice President<br>Grubb & Ellis<br>100 N. Riverside Plaza<br>21st Floor<br>Chicago, IL 60606<br>Phone: (312) 224-3100<br>Facsimile: (312) 899-1898<br>Email:   dirk.riekse@grubb-ellis.com |
| Judy B. Calton, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583<br>Phone: (313) 465-7344<br>Facsimile: (312) 465-7345<br>Email: jcalton@honigman.com | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner & Davis, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Phone: (630) 510-0000<br>Facsimile: (630) 510-0004<br>Email: tspringer@springerbrown.com | Joseph Frank<br>Jeremy C. Kleinman<br>Frank Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60610<br>Phone: (312) 276-1400<br>Facsimile: (312) 276-0035<br>Email:<br>jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Kenneth A Fedinets<br>Gesas, Pilati, Gesas & Golin<br>53 W Jackson Blvd<br>Suite 528<br>Chicago, IL 60604<br>Phone: (312) 726-3100<br>Fax: (312) 939-1742<br>Email: kfedinets@gpgglaw.com | | |