**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 06-12478 |
| PRESERVE AT WOODLAND HARBOR, | ) | Jointly Administered |
| LLC et al., | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtors. | ) | Date: October 30, 2008 |
| | ) | Time: 10:30 a.m. |

**NOTICE OF MOTION**

To:    See attached Service List

PLEASE TAKE NOTICE that on October 30, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT FOR EXPENSES OF GESAS, PILATI, GESAS AND GOLIN, LTD. FOR THE PERIOD JUNE 26, 2007 THROUGH JANUARY 31, 2008**, at which time and place you may appear as you see fit.

Dated: October 23, 2008                     PHILIP D. LEVEY, not individually but as Chapter 7 Trustee

By:    _/s/ Michael L. Gesas_
One of his attorneys

Michael L. Gesas (06186924)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: (312) 876-7100
Facsimile: (312) 876-0288

**CERTIFICATE OF SERVICE**

I, Michael L. Gesas, an attorney, certify that I caused a copy of the foregoing notice and the document referenced therein to be served on the parties listed on the attached service list by deposit in the United States Mail, postage prepaid, or through the Court's ECF system, as indicated on the attached Service List, on October 23, 2008.

_/s/ Michael L. Gesas_

## SERVICE LIST

Steven B. Towbin
Brian L. Shaw
Mark Radke
Shaw Gussis Fishman Glanz Wolfson & Towbin
321 N. Clark, #800
Chicago, IL  60610

Robert Erich Richards
Thomas Anthony Andreoli
Sonnenschein Nath & Rosenthal
233 S. Wacker
7800 Sears Tower
Chicago, IL  60606

Katherine Harris
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Drive
Chicago, IL  60606

Internal Revenue
Service Center
Cincinnati, OH 45999-0011

James Dahl
Dahl & Bonadies
225 W. Washington, #1640
Chicago, IL  60606

Phillip Levey
2722 N. Racine Ave
Chicago, IL  60614

Richard Friedman
Denise DeLaurent
Office of US Trustee
Region 11
219 S. Dearborn Street, Suite 873
Chicago, IL  60604

Aaron C. Smith
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Drive
Chicago, IL  60606

Robert Cooper
333 Bridge St., N.W., #1120
Grand Rapids, MI  49501-3316

Robert Hermes
Butler Rubin Saltarelli
70 W. Madison, Suite 1800
Chicago, IL  60606

Abraham Brustein
Ira P. Goldberg
David T. Arena
DiMonte & Lizak
216 W. Higgins Rd
Park Ridge, IL  60068

Thomas Springer
Springer Brown Covey Gaertner & Davis
400 S. County Farm Rd, #300
Wheaton, IL  60187

Stage Development Company LLC
c/o Scott Sinar
303 W. Madison, #1800
Chicago, IL 60606

Judy B. Calton
Honigman Miller Schwartz Cohn
2290 First National Building
660 Woodward Ave
Detroit, MI 48226

Joseph Frank
Jeremy Kleinman
Frank Gecker
325 N. LaSalle, #625
Chicago, IL 60610

Dirk Riekse
Grubb & Ellis
500 West Monroe Street
Suite 2800
Chicago, IL 60661

Richard Aaronson
1943 West Farwell
Chicago, IL 60626

CRPX, LP
303 West Madison Street
Suite 1800
Chicago, IL 60606

Horizon Environmental Corp.
P.O. Box 230223
Grand Rapids, MI 49523

Reckley Associates, PC
528 Bridge Street NW
Grand Rapids, MI 49504

City of South Haven
539 Phoenix Street
South Haven, MI 49090

West Michigan Tree
2146 Dean Lake Rd., NE
P.O. Box 151455
Grand Rapids, MI 49515-1455

Michigan DEQ
7953 Adobe Road
Kalamazoo, MI 49009

Illinois Department of Revenue
P.O. Box 19016
Springfield, IL 62794-9016

Great Lake Interiors
2975 West Shore Drive
Holland, MI 49424

Black River Builders LLC
731 Construction Court
Suite A
Zeeland, MI 49464

Butler Rubin Saltarelli & Boyd
70 West Madison Street
Suite 1800
Chicago, IL 60606-4257

Driesenga & Associates, Inc.
455 East 8th Street
Suite 100
Holland, MI 49423

JF New
P.O. Box 243
Walkerton, IN 46574

SDP IV, LLC
303 West Madison Street
Suite 1800
Chicago, IL 60606

Stevens & Tate
1900 S. Highland Avenue
Suite 200
Lombard, IL 60148

Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon St. NW
Grand Rapids, MI 49503-2487

Van Buren County Soil
Erosion Office
219 E. Paw Paw St., #301
Paw Paw, MI 49079

State of Michigan
Michigan Department of Treasury
Lansing, MI 48956

Austin Bank of Chicago
5645 W. Lake St.
Chicago, IL 60644

Connan, Inc.
160 West Washington
Zeeland, MI 49464

Honigman Miller Schwartz Cohen
2290 First National Building
600 Woodland Avenue
Detroit, MI 48226-3506

Christopher Picone
20936 West High Ridge Drive
Kildeer, IL 60047

Scott Sinar
2611 North Magnolia
Chicago, IL 60614

Von Der Heide Architects, Inc.
P.O. Box 337
Douglas, MI 49406

Fulline Printing, Inc.
361 West Chicago Avenue
Chicago, IL 60610

8129675.1/33945_0001

# IN THE UNITED STATES BANKRUPTY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 06-12478 |
| PRESERVE AT WOODLAND HARBOR, | ) | Jointly Administered |
| LLC et al., | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtors. | ) | Date: October 30, 2008 |
| | ) | Time: 10:30 a.m. |

## FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT FOR EXPENSES OF GESAS, PILATI, GESAS AND GOLIN, LTD. FOR THE PERIOD JUNE 26, 2007 THROUGH JANUARY 31, 2008

Gesas, Pilati, Gesas and Golin, Ltd. ("GPGG"), former bankruptcy counsel for Phillip D. Levey, not individually but as Chapter 7 Trustee (the "Trustee") for the Estates of Preserve at Woodland Harbor LLC and Woodland Harbor Holdings LLC (collectively, the "Debtors"), respectfully submits this Final Application for Allowance and Payment of Compensation and Reimbursement for Expenses of Gesas, Pilati, Gesas and Golin, Ltd. for the Period June 26, 2007 Through January 31, 2008 (the "Application") for legal services rendered on behalf of the Trustee and reimbursement for expenses incurred in connection with such services,

## JURISDICTION

1.  This Court has jurisdiction over this Application pursuant to 11 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.  The statutory predicates for relief requested herein are sections 330 and 503 of the Bankruptcy Code.

## BACKGROUND

3. On October 2, 2006, an involuntary Chapter 11 petition was filed against the Debtors. On October 4, 2006 (the "Petition Date"), the Debtors consented to an order for relief.

4. On June 26, 2007, the Debtors' bankruptcy cases were converted to Chapter 7. The Trustee was subsequently appointed as the Chapter 7 Trustee.

5. Prior to the Petition Date, the Debtors owned a real estate development project in South Haven, Michigan consisting of a marina and a parcel of land for development of single family homes, townhomes and related infrastructure.

## RETENTION OF GESAS, PILATI, GESAS AND GOLIN, LTD.
## AND PRIOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES

6. On July 25, 2007 this Court entered an Order authorizing the Trustee to employ Michael L. Gesas, David A. Golin, Kenneth A. Fedinets and the law firm of Gesas, Pilati, Gesas and Golin, Ltd. (collectively, "GPGG") as his counsel effective as of June 26, 2007. The Court's Order also granted authority to the Trustee to pay a post-petition retainer in the amount of $25,000 to Michael L. Gesas and GPGG.

7. On January 31, 2008, Michael L. Gesas and David A. Golin resigned from GPGG and joined Arnstein & Lehr, LLP ("A&L") effective February 1, 2008. On April 8, 2008, this Court entered an Order authorizing the substitution of counsel from GPGG to A&L effective as of February 1, 2008.

## RELIEF REQUESTED

8. This Application is for services rendered by GPGG on behalf of the Debtors for the time period June 26, 2007 though January 31, 2008 and includes the following services:

Asset Sales. GPGG reviewed documents and inspected the Debtors' residential development and marina located in South Haven, Michigan. GPGG participated in meetings and telephone conferences with regard to the sale of the Debtors' assets. GPGG reviewed proposed purchase agreements and appeared in Court to report on post-conversion status and the sale process.

In connection with the foregoing services, GPGG expended 18.00 hours for which it seeks final compensation in the amount of $7,650.83.

Case Administration / Operating Reports. GPGG reviewed documents and other records of the Debtors including Schedules and Statement of Financial Affairs and the Joint Plan and Disclosure Statement. GPGG prepared, filed and presented a motion for an extension of time to respond to a motion to withdraw the reference which was pending in the United States District Court. GPGG conducted many phone conferences with the Trustee and other counsel regarding possible sales procedures. GPGG appeared in Court in response to a motion to authorize examinations.

In connection with the foregoing services, GPGG expended 40.80 hours for which it seeks final compensation in the amount of $17,340.00.

Creditor Inquiries / Claims. GPGG prepared, filed, caused to be served and appeared in Court to present a motion to set a claims bar dates. GPGG prepared and served a Notice of Administrative Claims Bar Date and caused it to be served on all creditors.

In connection with the foregoing services, GPGG expended 6.20 hours for which it seeks final compensation in the amount of $2,635.00.

Employment of Professionals. GPGG prepared, served, filed and appeared in Court on a motion to employ GPGG as counsel to the Trustee and an application to employ accountants for the Trustee.

In connection with the foregoing services, GPGG expended 8.80 hours for which it seeks final compensation in the amount of $3,740.00.

Fee Applications. GPGG reviewed fee applications filed by other professionals in this case and advised the Trustee with regard to same.

In connection with the foregoing services, GPGG expended 3.30 hours for which it seeks final compensation in the amount of $1,402.50.

9. The legal services provided by GPGG have been subdivided into categories and the time expended in each category is more fully set forth in Exhibit A attached hereto. The time expended by each of the attorneys along with the customary and reasonable hourly rates charged are summarized in the following chart:

| **Attorney** | **Hours** | **Billing Rate** | **Total Billed** |
|---|---|---|---|
| Michael L. Gesas, Partner ("MLG") | 52.20 | $425 | $ 22,185.83 |
| David A. Golin, Partner ("DAG") | 7.10 | $425 | $ 3,017.50 |
| Kenneth A. Fedinets, Senior Associate ("KAF") | 17.80 | $425 | $ 7,565.00 |
| **TOTALS** | 77.10 | | $ 32,768.33 |

## EXPENSES

10. In connection with the foregoing services, GPGG incurred expenses in the amount of $298.01. Expenses were incurred for postage, photocopying, overnight delivery charges and Public Access to Court Electronic Records (PACER) research fees. The expenses are listed in more detail at the end of the attached Exhibit A for the relevant time period.

11.     GPGG has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by GPGG for services rendered to the Trustee in connection with this case.

## **NOTICE**

12.     Twenty days notice of the hearing on this Application has been sent to: (i) the Debtors, (ii) the Trustee, (iii) the Office of the United States Trustee, (iv) all creditors and (v) all other parties who receive notice in this case. Accordingly, notice has been given in compliance with Rule 2002.

**WHEREFORE**, Gesas, Pilati, Gesas and Golin, Ltd. respectfully requests that the Court enter an order:

(1) Allowing GPGG final compensation in the amount of $32,768.33 for legal services rendered to the Trustee and reimbursement to GPGG of expenses of $298.01 for expenses incurred in connection with such services (collectively, the "Allowed Amounts");

(2) Authorizing GPGG to apply the $25,000 Retainer previously received to the foregoing allowances;

(3) Authorizing the immediate payment of the balance of the foregoing allowances, namely the sum of $7,768.33 for services rendered and $298.01 for reimbursement of expenses to Gesas, Pilati, Gesas and Golin, Ltd.

Dated: October 23, 2008             **GESAS, PILATI, GESAS AND GOLIN, LTD.**

                                    By: /s/ Michael L. Gesas
                                        One of Its Attorneys

Michael L. Gesas (06186924)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 (Facsimile)
*Counsel for the Debtor*