# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# *EASTERN DIVISION*

In re:

PRESERVE AT WOODLAND HARBOR LLC., et al.,

            Debtors.

Chapter 7
Case No. 06-12478
Jointly Administered

Hon. Carol A. Doyle

Hearing Date: April 28, 2009
Hearing Time: 10:30 a.m.

## ORDER

This matter coming to be heard on the motion of Phillip D. Levey, not individually but solely as Chapter 7 Trustee ("Trustee") for the Estates ("Estates") of Preserve at Woodland Harbor, LLC and Woodland Harbor Holdings LLC to revise this Court's December 30, 2008 Order, due notice having been given the Parties and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

This Court's December 30, 2008 Agreed Final Order Related to (1) Sonnenschein Nath & Rosenthal LLP's Third and Final Application for Allowance of Compensation and Reimbursement of Expenses, (2) Butler Rubin Saltarelli & Boyd LLP's First Application for Allowance of Compensation and Reimbursement of Expenses and (3) Related Agreements is hereby revised to remove the gift from Sonnenschein Nath & Rosenthal LLP to Great Lakes Interiors in the amount of $1,295.00 because Great Lakes Interiors did not ever file a claim in either of the cases.

Dated: 5/21/09

HON. CAROL A. DOYLE