**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*EASTERN DIVISION***

| | |
|---|---|
| In re:<br><br>PRESERVE AT WOODLAND HARBOR LLC., et al.,<br><br>Debtors. | Chapter 7<br>Case No. 06-12478<br>Jointly Administered<br><br>Hon. Carol A. Doyle |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **Tuesday, April 13, 2010 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **TRUSTEE'S MOTION TO AUTHORIZE AN ORDER DEEMING THIS THE FINAL REPORT AND TO CLOSE CASES**, at which time and place you may appear as you see fit.

**Dated: March 19, 2010**

**Respectfully submitted,**

PHILIP D. LEVEY, NOT INDIVIDUALLY BUT SOLELY AS THE CHAPTER 7 TRUSTEE FOR THE ESTATES OF PRESERVE AT WOODLAND HARBOR LLC AND WOODLAND HARBOR HOLDINGS LLC

By:____/s/ George P. Apostolides____
One of His Attorneys

Michael L. Gesas
George P. Apostolides (#6228768)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, George P. Apostolides, certify that on March 19, 2010, I caused a copy of the Trustee's Motion to Authorize an Order Deeming this the Final Report and to Close Cases to be served on all persons receiving notice via the Court's CM/ECF system and on the parties on the attached Service List via regular United States Mail.

_____/s/ George P. Apostolides_____

## SERVICE LIST

Steven B. Towbin
Brian L. Shaw
Mark Radke
Shaw Gussis Fishman Glanz Wolfson & Towbin
321 N. Clark, #800
Chicago, IL  60610

Robert Erich Richards
Thomas Anthony Andreoli
Sonnenschein Nath & Rosenthal
233 S. Wacker
7800 Sears Tower
Chicago, IL  60606

Katherine Harris
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Drive
Chicago, IL  60606

Internal Revenue
Service Center
Cincinnati, OH 45999-0011

James Dahl
Dahl & Bonadies
225 W. Washington, #1640
Chicago, IL  60606

Phillip Levey
2722 N. Racine Ave
Chicago, IL  60614

Richard Friedman
Denise DeLaurent
Office of US Trustee
219 South Dearborn, Suite 873
Chicago, IL  60604

Timothy Brink
Aaron C. Smith
Locke Lord Bissell & Liddell, LLP
111 S. Wacker Drive
Chicago, IL  60606

Robert Cooper
333 Bridge St., N.W., #1120
Grand Rapids, MI  49501-3316

Robert Hermes
Butler Rubin Saltarelli
70 W. Madison, Suite 1800
Chicago, IL  60606

Abraham Brustein
Ira P. Goldberg
David T. Arena
DiMonte & Lizak
216 W. Higgins Rd
Park Ridge, IL  60068

Thomas Springer
Springer Brown Covey Gaertner & Davis
400 S. County Farm Rd, #300
Wheaton, IL  60187

Stage Development Company LLC
c/o Scott Sinar
303 W. Madison, #1800
Chicago, IL 60606

Joseph Frank
Jeremy Kleinman
Frank Gecker
325 N. LaSalle, #625
Chicago, IL 60610

Richard Aaronson
1943 West Farwell
Chicago, IL 60626

Horizon Environmental Corp.
P.O. Box 230223
Grand Rapids, MI 49523

City of South Haven
539 Phoenix Street
South Haven, MI 49090

Michigan DEQ
7953 Adobe Road
Kalamazoo, MI 49009

Great Lake Interiors
2975 West Shore Drive
Holland, MI 49424

Judy B. Calton
Honigman Miller Schwartz Cohn
2290 First National Building
660 Woodward Ave
Detroit, MI 48226

Dirk Riekse
Grubb & Ellis
500 West Monroe Street
Suite 2800
Chicago, IL 60661

CRPX, LP
303 West Madison Street
Suite 1800
Chicago, IL 60606

Reckley Associates, PC
820 Monroe Avenue N.W.
Suite 333
Grand Rapids, MI 49504

West Michigan Tree
2146 Dean Lake Rd., NE
P.O. Box 151455
Grand Rapids, MI 49515-1455

Illinois Department of Revenue
P.O. Box 19016
Springfield, IL 62794-9016

Black River Builders LLC
731 Construction Court
Suite A
Zeeland, MI 49464

Butler Rubin Saltarelli & Boyd
70 West Madison Street
Suite 1800
Chicago, IL 60606-4257

Driesenga & Associates, Inc.
455 East 8th Street
Suite 100
Holland, MI 49423

JF New
P.O. Box 243
Walkerton, IN 46574

SDP IV, LLC
303 West Madison Street
Suite 1800
Chicago, IL 60606

Stevens & Tate
1900 S. Highland Avenue
Suite 200
Lombard, IL 60148

Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon St. NW
Grand Rapids, MI 49503-2487

Van Buren County Soil
Erosion Office
219 E. Paw Paw St., #301
Paw Paw, MI 49079

State of Michigan
Michigan Department of Treasury
Lansing, MI 48956

Austin Bank of Chicago
5645 W. Lake St.
Chicago, IL 60644

Connan, Inc.
160 West Washington
Zeeland, MI 49464

Honigman Miller Schwartz Cohen
2290 First National Building
600 Woodland Avenue
Detroit, MI 48226-3506

Christopher Picone
20936 West High Ridge Drive
Kildeer, IL 60047

Scott Sinar
2611 North Magnolia
Chicago, IL 60614

Von Der Heide Architects, Inc.
P.O. Box 337
Douglas, MI 49406

Fulline Printing, Inc.
361 West Chicago Avenue
Chicago, IL 60610

Joel R. Nathan
United States Attorney
219 South Dearborn Street
Chicago, IL  60604

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55 Ben Franklin Station
Washington, DC  20044

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL  60606

James D. Newbold
Attorney General Office
100 W. Randolph Street
13th Floor
Chicago, IL  60601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*EASTERN DIVISION*

| | |
|---|---|
| In re:<br><br>PRESERVE AT WOODLAND HARBOR LLC., et al.,<br><br>Debtors. | Chapter 7<br>Case No. 06-12478<br>Jointly Administered<br><br>Hon. Carol A. Doyle<br><br>Hearing Date: April 13, 2010<br>Hearing Time:  10:00 a.m. |

## TRUSTEE'S MOTION TO AUTHORIZE AN ORDER
## DEEMING THIS THE FINAL REPORT AND TO CLOSE CASES

Phillip D. Levey, not individually but solely as Chapter 7 Trustee ("Trustee") for the Estates ("Estates") of Preserve at Woodland Harbor, LLC and Woodland Harbor Holdings LLC (collectively, the "Debtors"), moves this Court for an Order deeming this motion the final report and closing case nos. 06 B 12478 and 06 B 12479 (the "Motion"). In support of the Motion, the Trustee states as follows:

1.      On October 2, 2006, an involuntary Chapter 11 petition was filed against each Debtor.  On October 4, 2006 (the "Petition Date"), each of the Debtors consented to an order for relief.  Shortly thereafter, the Court entered an Order to consolidate the Debtors' estates for procedural purposes only.  The cases were not substantively consolidated.

2.      On June 26, 2007, the Debtors' bankruptcy cases were converted to Chapter 7.  The Trustee was subsequently appointed as the Chapter 7 Trustee.  On the conversion date, both cases were administratively insolvent on the Chapter 11 level.

3.     Prior to the Petition Date, the Debtors owned a real estate development project in South Haven, Michigan consisting of a marina owned by Woodland Harbor Holdings LLC and a parcel of land for development of single family homes, townhomes and related infrastructure owned by Preserve at Woodland Harbor LLC.

4.     The Debtors sold the real estate pursuant to court order during the Chapter 11 phase of this case.  The Trustee understands that all of the secured creditors were paid in full from the proceeds of that sale.  The Trustee has not received information from any party which would suggest that secured creditors were not paid in full.

5.     As this Court knows, on April 28, 2009 it entered an order pursuant to 11 U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 9014 which effectively resolved this case (the "April 28 Order").  A copy of the April 28 Order is attached as Exhibit A.

6.     The April 28 Order affirmed provisions of this Court's December 30, 2008 order in which this Court approved paid agreed-upon Chapter 7 costs of administration, the primary Chapter 11 administrative claimant, the Debtors' counsel, Sonnenschein Nath & Rosenthal LLP, "gifted" a portion of its claim in an amount sufficient to pay the pre-petition unsecured claims in full, and the remaining Chapter 11 administrative claimants were paid agreed-to amounts.

7.     Accordingly, all assets have been administered, all claims have been paid, and there is a zero balance in each Estate.  A copy of the Form 2s filed in each of the cases is attached as Exhibit B.

8.    Because the distribution scheme for this case does not readily fit the format of the uniform final report, the Trustee sought guidance from the United States Trustee's office regarding how best to handle the final report and case closing.  The United States Trustee's office recommended that the Trustee file a motion seeking an order deeming the Motion the final report and closing case nos. 06 B 12478 and 06 B 12479.  The Trustee anticipates that he will file his file his final accounting with the office of the United States Trustee after the entry of the order on this motion.

WHEREFORE, Phillip D. Levey, not individually but solely as Chapter 7 Trustee for the Estates of Preserve at Woodland Harbor, LLC and Woodland Harbor Holdings LLC, requests that this Court enter the attached order (1) deeming the Motion the final report; and (2) closing case nos. 06 B 12478 and 06 B 12479.

Dated: March 19, 2010          Respectfully Submitted,

PHILLIP D. LEVEY, not individually but solely as the Chapter 7 Trustee for the Estates of Preserve at Woodland Harbor LLC and Woodland Harbor Holdings LLC


By:    /s George P. Apostolides
          One of his Attorneys

Michael L. Gesas
George P. Apostolides (#06228768)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288