UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| PRESERVE AT WOODLAND HARBOR, LLC | § | Case No. 06-12478 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNITED STATES TREASURY | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| GESAS, MICHAEL L. | | | | | |
| GESAS, PILATI, GESAS & GOLIN, LTD. | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| GESAS, PILATI, GESAS & GOLIN, LTD. | | | | | |
| MICAHEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BUTLER RUBIN SALTARELLI & BOYD, LLP | | | | | |
| ENGLISH, JOSEPH | | | | | |
| FULL LINE PRINTING | | | | | |
| RECKLEY ASSOCIATES | | | | | |
| SONNENSCHEIN NATH & ROSENTHAL | | | | | |
| SONNENSCHEIN NATH & ROSENTHAL, LLP | | | | | |
| SONNENSCHEIN NATH & ROSENTHAL, LLP | | | | | |
| WARNER, NORCROSS & JUDD | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-12478 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | PRESERVE AT WOODLAND HARBOR, LLC | | | Date Filed (f) or Converted (c): | 06/26/07 (c) |
| | | | | 341(a) Meeting Date: | 07/18/07 |
| For Period Ending: | 03/07/10 | | | Claims Bar Date: | 10/24/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4,006.73 | Unknown |
| 2. Quarterly Fees Refund (u) | Unknown | 3,000.00 | | 3,000.00 | FA |
| 3. .33 Acres Undeveloped Land | 3,260,000.00 | Unknown | | 324,503.20 | FA |
| 4. Reservation Account Fifth Third Bank | 44,000.00 | Unknown | | 0.00 | Unknown |
| 5. Checking Account Fifth Third Bank | 5,606.00 | Unknown | | 0.00 | Unknown |
| 6. Chcecking Account Austin Bank | 10,110.00 | Unknown | | 0.00 | Unknown |
| 7. Liability Insurance Policy | Unknown | Unknown | DA | 0.00 | 0.00 |
| 8. Cause of Action Against Edward Salomon | Unknown | Unknown | | 50,000.00 | Unknown |
| 9. Domain Names | Unknown | Unknown | DA | 0.00 | 0.00 |
| 10. Building Permits | Unknown | Unknown | DA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $3,319,716.00 | $3,000.00 | | $381,509.93 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is pursuing an auction sale of Asset #8 consiting of all causes of action against Edward Salomon.

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 04/30/10

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

Ver: 15.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-12478 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | PRESERVE AT WOODLAND HARBOR, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2368 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5918 | | | |
| For Period Ending: | 03/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/07 | 3 | Preserve At Woodland Harbor, LLC | Turnover by Debtor | 1110-000 | 324,503.20 | | 324,503.20 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 248.00 | | 324,751.20 |
| 08/01/07 | 000101 | Michael L. Gesas | Retainer Per Order of July 25, 2007 | 3210-000 | | 11,000.00 | 313,751.20 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 466.86 | | 314,218.06 |
| 09/04/07 | 2 | United States Treasury | Quarterly Fees Refund | 1290-000 | 3,000.00 | | 317,218.06 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 455.40 | | 317,673.46 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.450 | 1270-000 | 414.72 | | 318,088.18 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.450 | 1270-000 | 379.09 | | 318,467.27 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.450 | 1270-000 | 392.19 | | 318,859.46 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 264.44 | | 319,123.90 |
| 02/01/08 | 1 | Preserve At Woodland Harbor, LLC | Interest on DIP Funds | 1270-000 | 255.60 | | 319,379.50 |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 164.44 | | 319,543.94 |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 157.59 | | 319,701.53 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 131.03 | | 319,832.56 |
| 05/09/08 | 000102 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 330.31 | 319,502.25 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 94.75 | | 319,597.00 |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 91.69 | | 319,688.69 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 94.77 | | 319,783.46 |
| 08/11/08 | 000103 | Michael Gesas and Arnstein & Lehr LLP | Trustee Attorney Fees May, 2008 - Fees - $11,446.75 June, 2008 - Fees - $1,681.25 | 3210-000 | | 13,128.00 | 306,655.46 |
| 08/11/08 | 000104 | Michael Gesas and Arnstein & Lehr LLP | Trustee Attorney Expenses May, 2008 - Expenses - $62.83 June, 2008 - Expenses - $95.53 | 3220-000 | | 158.36 | 306,497.10 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 93.02 | | 306,590.12 |
| | | | Page Subtotals | | 331,206.79 | 24,616.67 | |

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12478 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | PRESERVE AT WOODLAND HARBOR, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2368 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5918 | | | |
| For Period Ending: | 03/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 87.96 | | 306,678.08 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 81.70 | | 306,759.78 |
| 11/24/08 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 17,500.00 | 289,259.78 |
| 11/26/08 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 3,500.00 | 285,759.78 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 74.42 | | 285,834.20 |
| 12/15/08 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 9,000.00 | 276,834.20 |
| 12/22/08 | 8 | Edward S. Salomon | Auction Deposit | 1290-000 | 50,000.00 | | 326,834.20 |
| 12/30/08 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 10,500.00 | 316,334.20 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 42.87 | | 316,377.07 |
| 12/31/08 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 95,000.00 | 221,377.07 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 3.74 | | 221,380.81 |
| 01/30/09 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 14,100.00 | 207,280.81 |
| 02/22/09 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 8,900.00 | 198,380.81 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 3.15 | | 198,383.96 |
| 03/03/09 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 88,000.00 | 110,383.96 |
| 03/26/09 | | Transfer to Acct #*******3276 | Bank Funds Transfer | 9999-000 | | 4,000.00 | 106,383.96 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 2.02 | | 106,385.98 |
| 04/19/09 | 000105 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 327.96 | 106,058.02 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.37 | | 106,062.39 |
| 05/21/09 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.91 | | 106,065.30 |
| 05/21/09 | | Transfer to Acct #*******3276 | Final Posting Transfer | 9999-000 | | 106,065.30 | 0.00 |

Page Subtotals       50,303.14     356,893.26

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12478 -CAD | Trustee Name: | Phillip D. Levey |
| Case Name: | PRESERVE AT WOODLAND HARBOR, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2368  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5918 | | |
| For Period Ending: | 03/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 381,509.93 | 381,509.93 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 356,565.30 | |
| | | | Subtotal | | 381,509.93 | 24,944.63 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 381,509.93 | 24,944.63 | |

Page Subtotals     0.00     0.00

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 11)

Case 06-12478   Doc 742   Filed 05/06/10   Entered 05/06/10 10:09:51   Desc Main
Document      Page 12 of 14

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12478 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PRESERVE AT WOODLAND HARBOR, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3276  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5918 | | |
| For Period Ending: | 03/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/24/08 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 17,500.00 | | 17,500.00 |
| 11/24/08 | 000101 | Michael Gesas and Arnstein & Lehr, LLC | Attorney Fees - August, 2008 per Order. | 3210-000 | | 3,690.00 | 13,810.00 |
| 11/24/08 | 000102 | Michael Gesas and Arnstein & Lehr, LLC | Attorney Expenses - August, 2008 per Order. | 3220-000 | | 86.95 | 13,723.05 |
| 11/24/08 | 000103 | Michael Gesas and Arnstein & Lehr, LLC | Attorney Fees - September, 2008 per Order. | 3210-000 | | 13,511.50 | 211.55 |
| 11/24/08 | 000104 | Michael Gesas and Arnstein & Lehr, LLC | Attorney Expenses - September, 2008 per Order. | 3220-000 | | 210.36 | 1.19 |
| 11/26/08 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 3,500.00 | | 3,501.19 |
| 11/26/08 | 000105 | Gesas, Pilati, Gesas & Golin, Ltd. | Attorney Fees per Order 11-13-08. | 3210-000 | | 2,500.00 | 1,001.19 |
| 11/26/08 | 000106 | Gesas, Pilati, Gesas & Golin, Ltd. | Attorney Expenses per Order 11-13-08. | 3220-000 | | 149.00 | 852.19 |
| 12/15/08 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 9,000.00 | | 9,852.19 |
| 12/15/08 | 000107 | MICHAEL GESAS AND ARNSTEIN & LEHR, LLP | INTERIM TRUSTEE ATTORNEY FEES | 3210-000 | | 8,383.00 | 1,469.19 |
| 12/15/08 | 000108 | MICHAEL GESAS AND ARNSTEIN & LEHR, LLP | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 701.25 | 767.94 |
| 12/30/08 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 10,500.00 | | 11,267.94 |
| 12/30/08 | 000109 | Michael Gesas and Arnstein & Lehr | TRUSTEE'S ATTORNEY'S FEES<br>November, 2008 | 3210-000 | | 10,301.00 | 966.94 |
| 12/30/08 | 000110 | Michael Gesas and Arnstein & Lehr | Trustee's Attorney's Expenses<br>November, 2008 | 3220-000 | | 219.24 | 747.70 |
| 12/31/08 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 95,000.00 | | 95,747.70 |
| 12/31/08 | 000111 | Sonnenschein Nath & Rosenthal, LLP | ATTORNEY FEES<br>Debtor's Chapter 11 Attorney Fees Per Agreed Order | 6210-000 | | 80,000.00 | 15,747.70 |
| 12/31/08 | 000112 | Butler Rubin Saltarelli & Boyd, LLP | ATTORNEY FEES<br>Debtor's Chapter 11 Attorney Fees Per Agreed Order | 6210-000 | | 15,079.29 | 668.41 |
| 01/30/09 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 14,100.00 | | 14,768.41 |
| 01/30/09 | 000113 | Michael Gesas and Arnstein & Lehr, LLP | ATTORNEY FEES | 3120-000 | | 14,000.25 | 768.16 |
| 01/30/09 | 000114 | Michael Gesas and Arnstein & Lehr, LLP | ATTORNEY EXPENSES | 3220-000 | | 91.48 | 676.68 |
| 02/22/09 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 8,900.00 | | 9,576.68 |
| 02/22/09 | 000115 | MICHAEL GESAS AND ARNSTEIN & LEHR LLP | ATTORNEY FEES<br>Attorney Expenses 1/1/09 - 1/31/09 | 3210-000 | | 8,467.00 | 1,109.68 |
| 02/22/09 | 000116 | MICAHEL GESAS AND ARNSTEIN & LEHR LLP | ATTORNEY EXPENSES | 3220-000 | | 415.18 | 694.50 |
| | | | Page Subtotals | | 158,500.00 | 157,805.50 | |

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-12478 -CAD | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | PRESERVE AT WOODLAND HARBOR, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3276 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5918 | | |
| For Period Ending: | 03/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Attorney Expenses 1/1/09 - 1/31/09 | | | | |
| 03/03/09 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 88,000.00 | | 88,694.50 |
| 03/03/09 | 000117 | Sonnenschein Nath & Rosenthal | Chapter 11 Attorney Fees | 6210-000 | | 54,622.56 | 34,071.94 |
| 03/03/09 | 000118 | Reckley Associates | Gift of Chapter 11 Attorney Fees | 6210-000 | | 8,100.00 | 25,971.94 |
| 03/03/09 | 000119 | Warner, Norcross & Judd | Gift of Chapter 11 Attorney Fees | 6210-000 | | 7,273.50 | 18,698.44 |
| 03/03/09 | 000120 | Full Line Printing | Gift of Chapter 11 Attorney Fees | 6210-000 | | 856.44 | 17,842.00 |
| * 03/03/09 | 000121 | Great Lakes Interiors | Gift of Chapter 11 Attorney Fees | 6210-004 | | 647.50 | 17,194.50 |
| 03/03/09 | 000122 | Joseph English | Gift of Chapter 11 Attorney Fees | 6210-000 | | 16,000.00 | 1,194.50 |
| 03/18/09 | 000123 | UNited States Treasury | Payment re Filing of Form 1065 for Tax Period 12-31-06 | 2810-000 | | 812.14 | 382.36 |
| 03/26/09 | | Transfer from Acct #*******2368 | Bank Funds Transfer | 9999-000 | 4,000.00 | | 4,382.36 |
| 03/26/09 | 000124 | MICHAEL GESAS AND ARNSTEIN & LEHR LLP | ATTORNEY FEES | | | 3,793.58 | 588.78 |
| | | | Fees 3,682.75 | 3210-000 | | | 588.78 |
| | | | Expenses 110.83 | 3220-000 | | | 588.78 |
| * 04/16/09 | 000121 | Great Lakes Interiors | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 6210-004 | | -647.50 | 1,236.28 |
| 05/21/09 | | Transfer from Acct #*******2368 | Transfer In From MMA Account | 9999-000 | 106,065.30 | | 107,301.58 |
| 05/21/09 | 000125 | Sonnenschein Nath & Rosenthal, LLP | Administrative Expense Claim Attorney Fees Per Order re Settlement | 6210-000 | | 100,000.00 | 7,301.58 |
| 11/19/09 | 000126 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE CHICAGO, IL 60601 | TRUSTEE'S ACCOUNTANTS' FEES PAID PURSUANT TO ORDER ENTERED 4/28/09. | 3410-000 | | 7,301.58 | 0.00 |

Page Subtotals 198,065.30 198,759.80

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 06-12478 -CAD |
| Case Name: | PRESERVE AT WOODLAND HARBOR, LLC |
| Taxpayer ID No: | *******5918 |
| For Period Ending: | 03/07/10 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3276  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 356,565.30 | 356,565.30 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 356,565.30 | 0.00 | |
| | | | Subtotal | | 0.00 | 356,565.30 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 356,565.30 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Money Market Account (Interest Earn - *******2368 | | 381,509.93 | 24,944.63 | 0.00 |
| | | | Checking Account (Non-Interest Earn - *******3276 | | 0.00 | 356,565.30 | 0.00 |
| | | | | | 381,509.93 | 381,509.93 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 15.06b

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*